AUSA

FILED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Armando RIVERA-Andraca, Defendant. | Mag. Case No. '08 MJ 8531<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about June 11, 2008, within the Southern District of California, defendant Armando RIVERA-Andraca, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

JUAN SUAREZ
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF JUNE 2008.

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Armando RIVERA-Andraca

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, C. Real, Armando RIVERA-Andraca was found and arrested on June 11, 2008, near Niland, CA.

Agent Real was performing an immigration check on the passengers in a vehicle stop on Fink road 4 miles east of Highway 111. Agent Real identified himself as a Border Patrol Agent and questioned the occupants as to their immigration status in the United States.

The driver, a United States citizen did not say anything. The three individuals in the back seat whom were lying down in the rear seat stated they were citizens of Mexico illegally in the United States, one of which was Armando RIVERA-Andraca. All the subjects were placed under arrest.

Record checks revealed an Immigration Judge ordered RIVERA deported to Mexico from the United States on March 3, 2004. Record checks also revealed that RIVERA has a criminal record.

There is no evidence RIVERA has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.